IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
EXCHANGE 12, LLC                  :      Civil Action
                                  :
        v.                        :
                                  :
PALMER TOWNSHIP and BOARD OF      :      No.: 5:23-cv-03740-EGS
SUPERVISORS OF PALMER TOWNSHIP
```

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __RAYMOND GABRIEL LAHOUD_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.

_____
, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:23-cv-03740-EGS

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, RAYMOND GABRIEL LAHOUD the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting payment electronically for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| NEW YORK | 10/28/2010 | 4869111 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| SDNY | 12/28/2010 | RL3411 |
| USCA – 3RD CIRCUIT | 08/01/2011 |  |
| NDNY | 03/12/2013 | 518069 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for
EXCHANGE 12, LLC

(Applicant's Signature) [signed: Raymond G Lahoud]

09/28/2023
(Date)

Name of Applicant's Firm: NORRIS McLAUGHLIN, P.A.
Address: 515 W. HAMILTON ST, STE. 502, ALLENTOWN, PA 18101
Telephone Number: 484-544-0022
Email Address: RGLAHOUD@NORRIS-LAW.COM

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/28/2023
(Date)

(Applicant's Signature) [signed: Raymond G Lahoud]

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of **RAYMOND GABRIEL LAHOUD** to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| JOHN ALEXANDER SHORT | *[signature]* | 06/22/2022 | 328905 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

NORRIS McLAUGHLIN, P.A.

515 W. HAMILTON STREET, SUITE 502, ALLENTOWN, PA 18101

484-544-0022

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/28/2023             *[signature]*
          (Date)                                      (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXCHANGE 12, LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| PALMER TOWNSHIP and BOARD OF SUPERVISORS OF PALMER TOWNSHIP | : | No.: 5:23-cv-03740-EGS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of RAYMOND GABRIEL LAHOUD, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

United States Post, Certified Mail, Return Receipt Requested, to the following Defendants:

Palmer Township
3 Weller Place
Easton, PA 18045

Board of Supervisors of Palmer Township
3 Weller Place
Easton, PA 18045

_____
(Signature of Attorney)

JOHN ALEXANDER SHORT, ESQ.
_____
(Name of Attorney)

EXCHANGE 12, LLC
_____
(Name of Moving Party)

09/28/2023
_____
(Date)