IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EXCHANGE 12, LLC** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3740 |
| | : | |
| **PALMER TOWNSHIP, et al.** | : | |

## O R D E R

**AND NOW,** this 10th day of June, 2024, it is **ORDERED** that:

1. The Defendants' motion for a protective order [Doc. 37] is **DENIED**.

2. Plaintiff is permitted to take limited discovery of the closed meeting of the board of supervisors held on October, 2021 that is limited to the alleged "terrorist" comment made by the former township solicitor at this meeting.

                                                            **BY THE COURT:**


                                                            <u>/s/ Jeffrey L. Schmehl</u>
                                                            JEFFREY L. SCHMEHL, J.