**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EXCHANGE 12, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  23-3740** |
| | : | |
| **PALMER TOWNSHIP, et al.** | : | |

## O R D E R

      **AND NOW,** this  21st   day of August, 2024, it is **ORDERED** that:

1.  The Defendants' motion to disqualify counsel [Doc. 44] is **DENIED**.

2.  The Defendants' motion for sanctions [Doc. 44] is **GRANTED**.

3.  The February 17, 2024 Affidavit of former Palmer Township Board of Supervisor David
    Colver is **STRICKEN** from the record in this case and barred from any further use.


      **BY THE COURT:**


      **/s/ Jeffrey L. Schmehl**
      **JEFFREY L. SCHMEHL, J.**